UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSHUA MATTHEW STOCKTON                                            PLAINTIFF
ADC #169885

V.                          No. 4:23-CV-682-BRW-JTR

CANNON, Sgt., Night Shift,
Pine Bluff Complex, ADC;
HOWELL, Cpl., Maintenance
Supervisor, Pine Bluff Complex,
ADC; BARRON, Sgt., Pine Bluff
Complex, ADC; BOULDEN,
Deputy Warden, ADC, Pine Bluff;
MARSHALL REED, Chief Deputy
Director, ADC; and JOE PAGE, III,
Superintendent                                                     DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray, along with timely objections. After careful review of the objections and a *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Stockton's Amended Complaint (*Doc. 6*) is DISMISSED, without prejudice, for failure to state a claim on which relief may be granted.

2. The Court RECOMMENDS that the dismissal count as a "strike" for the purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g); *see Gonzalez v. United States*, 23 F.4th 788, 789 (8th Cir.), *cert. denied*, 142 S. Ct. 2837 (2022).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 24th day of October, 2023.

BILLY ROY WILSON
_____
UNITED STATES DISTRICT JUDGE